UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN CEJA-LUA,<br><br>    Defendant.<br>_____/ | Case No. 1: 14-MJ-0086-SAB<br><br>**ORDER ON DEFENDANT'S MOTION FOR TRANSPORATION ASSISTANCE**<br>(doc. 21)<br><br>**ORDER VACATING JUNE 5, 2014 APPEARANCE IN THE EASTERN DISTRICT OF KENTUCKY AND SETTING APPEARANCE FOR JUNE 10, 2014 AT 2:00 P.M. BEFORE THE DUTY MAGISTRATE JUDGE** |

Defendant Martin Ceja-Lua was released on conditions by this Court on May 27, 2014. He was ordered to appear on June 5, 2014 by 2:00 p.m., in the United States District Court for the Eastern District of Kentucky, Covington Division, in case No. 13-CR-86-SS-ART. On May 30, 2014, defendant filed a motion for transportation assistance pursuant to 18 U.S.C. §4285. The motion came on for hearing on May 30, 2014 at 1:30 p.m. in Department 8. Defendant appeared in person and by counsel Assistant Federal Defender Victor Chavez. The government appeared by Assistant United States Attorney Karen Escobar.

///

///

Section 4285 provides in part:

> Any judge or magistrate of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court ... in which criminal proceedings are pending, may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required....

Mr. Ceja-Lua resides in the Eastern District of California and represents he is financially unable to travel to the Eastern District of Kentucky.  He presents evidence that he is currently unemployed, and does not have a regular income.  Mr. Ceja-Lua expects to be employed in seasonal produce hauling in the future, depending upon the harvest.  The Court notes that at Mr. Ceja-Lua's detention hearing it was noted that he may not have funds for transportation and it was also acknowledged in documentation by the AUSA in Kentucky that defendant may not have the financial means for transportation.  Defendant expects that after his court appearance in Kentucky, he should be able to be employed and earning approximately $100 per day.  He represents that the cost of travel to Kentucky is approximately $1,200 round trip.

The Court finds that Mr. Ceja-Lua has demonstrated that he is financially unable to provide transportation for this initial appearance in the Eastern District of Kentucky.  Accordingly, the Court GRANTS defendant's request for transportation assistance.  By separate order, the Court will direct the Marshal to furnish the fare for transportation and subsistence expenses to the Eastern District of Kentucky.  Round trip transportation is not authorized by 18 U.S.C. §4285.

///

///

///

///

The Court VACATES the initial appearance date of June 5, 2014 to accommodate administrative delay to request transportation funds.  The Court SETS the initial appearance date as June 10, 2014 at 2:00 p.m. before the duty Magistrate Judge in the Eastern District of Kentucky.

IT IS SO ORDERED.

Dated:   **May 30, 2014**                              /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE