

MAY 30 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARTIN CEJA-LUA,<br><br>　　　　Defendant.<br>_____/ | Case No. 1: 14-MJ-0086-SAB<br><br>**ORDER DIRECTING THE MARSHAL SERVICE ARRANGE FOR OR FURNISH THE FARE FOR TRANSPORTATION AND SUBSISTENCE TO THE EASTERN DISTRICT OF KENTUCKY** |

Defendant Martin Ceja-Lua was released on conditions by this Court on May 27, 2014. He is ordered to appear on June 10, 2014 by 2:00 p.m., in the United States District Court for the Eastern District of Kentucky, Covington Division, in case No. 13-CR-86-SS-ART. On May 30, 2014, defendant filed a motion for transportation assistance pursuant to 18 U.S.C. §4285. By order on May 30, 2014, this Court found that Defendant Ceja-Lua has demonstrated that he is financially unable to provide transportation for this June 10, 2014 initial appearance in the Eastern District of Kentucky.

Section 4285 provides in part:

> Any judge or magistrate of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court ... in which criminal proceedings are pending, may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the

defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination....

Accordingly, pursuant to 18 U.S.C. §4285, it is HEREBY ORDERED that the United States Marshal Service shall arrange for the noncustodial transportation or furnish the fare for transportation and subsistence expenses to the Eastern District of Kentucky, Covington Division. Round trip transportation is not authorized by 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: May 30, 2014

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE